O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETHER, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>UNT HOLDINGS OÜ,<br><br>    Defendant. | Case No.: 2:21-cv-00313-MEMF (Ex)<br><br>**ORDER SETTING SCHEDULE FOR JOINT DISCOVERY FOR LIMITED JURISDICTIONAL DISCOVERY [ECF NO. 36]** |

On November 14, 2022, in accordance with the Court's Order Granting Defendant Unt Holdings OÜ's Motion to Dismiss [ECF No. 35], the parties' submitted a Joint Discovery Plan for Limited Jurisdictional Discovery ("Joint Plan"). ECF No. 36.

The Court, having considered the Joint Plan and finding good cause therefor, hereby sets the following Discovery Plan for Limited Jurisdictional Discovery:

- Plaintiff shall serve via email its Limited Requests for Jurisdictional Discovery (the "Requests") consisting of up to 10 Interrogatories and 10 Requests for Production on or before **February 13, 2022**[1];
- Defendant shall service its responses and objections (the "Responses") to the Requests via email within **thirty (30) days** of the service of the Requests;
- Plaintiff shall file any motion to compel further responses to the Requests within **sixty (60) days** of Defendant's service of the Responses;
- The deadline for completion of Jurisdictional Discovery unless otherwise extended by order of the Court shall be **ninety (90) days** from the service of the Requests;
- Plaintiff shall file an Amended Complaint within **thirty (30) days** after the completion of Jurisdictional Discovery.

IT IS SO ORDERED.

Dated: January 9, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

[1] The Court has adjusted this date from the requested date of December 12, 2022, to reflect the fact that Court did not take action on the request in November 2022, when originally submitted.