**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AETHER, LLC**, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>**UNT HOLDINGS OÜ**, a Private Limited Company registered under the laws of Estonia; and **AETHER EYEWEAR PTE. LTD.**, a Private Limited Company registered under the laws of Singapore<br><br>                    Defendants. | Case No.:  2:21-cv-00313-MEMF-Ex<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING PURSUANT TO LOCAL RULE 7-1 [ECF No. 50]** |

1

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that Defendant UNT HOLDINGS OÜ's deadline to file a responsive pleading to Aether, LLC's First Amended Complaint is extended to September 20, 2023.

IT IS SO ORDERED.

Dated: August 25, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge